# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

LAPHONSE AKILIO TREMANE YOUNG,

    Petitioner,

v.                                                CASE NO. 5:11-cv-00396-MP-EMT

PAIGE A AUGUSTINE,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 12, 2012. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Upon consideration, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, Doc. 1, is denied.

**DONE AND ORDERED** this _29th_ day of January, 2013

                                                *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge